**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

DAVID POLIFKA; DAVID POLIFKA REVOCABLE LIVING TRUST; GRAFEL FARMS, LLC; CHARLES FRICKEY; CHARLES FRICKEY REVOCABLE TRUST; BLACK RIVER CATTLE, LLC; JLM FARMS, LLC; THN FARMS, LLC; GMP FARM PARTNERS; HCM FARM PARTNERS; JACK HARRISON MCGEE; GENERATION THREE PARTNERSHIP; EAGLE LAKE FARMS PARTNERSHIP; BACON LAKE FARMS PARTNERSHIP; BRYCE BAKER; ORVILLE WILLIAMS; WILLIAMS & SONS, INC.; ROCKY POINT FARMS, INC.; HARDY'S HOLSTEINS, LLC; SCHERPING FARMS, LLC; SCHERPING FARMS OF LITTLE FALLS, INC.; JOHNSON FARM MINNESOTA LLC; CHAD OLSEN; PAULA OLSEN; DAVID SCHWANINGER; MATT BARGEN; ROBIN BARGEN; OAKFIELD-ALABAMA FARMS; LAKESHORE DAIRY LLC; QUAL GRAIN; CD ACRES LLC; DEWITZ FEEDLOT, INC.; OCHSNER PARTNERSHIP; COLLIN KLEBSCH; KLEBSCH FARMS, INC.; LYNN KIRSCHBAUM; RODNEY NAEDLER; NAEDLER FARMS II; OBERBROECKLING FAMILY FARMS LTD; MENDES DAIRY PARTNERSHIP; and AMPM FARMS, LLC; on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THE MOSAIC COMPANY; NUTRIEN LTD.; NUTRIEN AG SOLUTIONS, INC.; CF INDUSTRIES HOLDING, INC.; CF INDUSTRIES, INC.; CF INDUSTRIES NITROGEN, LLC; KOCH AGRONOMIC SERVICES, LLC; KOCH FERTILIZER, LLC; YARA INTERNATIONAL ASA; YARA NORTH AMERICA, INC.; and CANPOTEX LTD,

Defendants.

Case No. 2:26-cv-02179-HLT-BGS

**PLAINTIFFS' NOTICE OF MULTIDISTRICT LITIGATION RELATED CASE PURSUANT TO LOCAL RULE 23-A**

| | |
|---|---|
| In re: Nitrogen, Phosphorus, Potassium (NPK) Antitrust Litigation,<br><br>**This Document Relates to Both Captioned Matters.** | Case No. 6:26-md-03187-EFM-BGS |

**NOTICE OF MULTIDISTRICT LITIGATION RELATED CASE**

Pursuant to District of Kansas Local Rule 23-A, the undersigned counsel for Plaintiffs in the action captioned above as Case No. 2:26-cv-02179-HLT-BGS ("Polifka Case") hereby respectfully notify the Court that this action is a "Related Case" for purposes of Local Rule 23-A that should be reassigned to Hon. Eric F. Melgren, who was recently selected by the Judicial Panel on Multidistrict Litigation ("Panel") as the transferee judge to coordinate the above-captioned multi-district litigation titled *In re: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation*, Case No. 6:26-md-03187-EFM-BGS ("MDL 3187").

1. On April 10, 2026, Plaintiffs in the Polifka Case filed a Notice of Related Action before the Panel in MDL 3187, designating the Polifka Case as a Related Action for purposes of 28 U.S.C. 1407. The Polifka Case is one of several filed in this District, together with dozens of other cases filed in other districts, that have been noticed as Related Actions before the Panel in MDL 3187.

2. On June 9, 2026, the Panel issued its Transfer Order in MDL 3187, transferring at least 33 Related Actions to this District under 28 U.S.C. § 1407 ("Transfer Order"). The Transfer Order for MDL 3187 is now docketed as Doc. 1 in Case No. 6:26-md-03187-EFM-BGS. The Panel found that the Related Actions, including this case, "involve common questions of fact" and "share factual questions arising from allegations that defendants conspired to artificially reduce or eliminate competition and raise or fix prices with respect to the production, sale, marketing, and

distribution of nitrogen, phosphorus, and potassium (or potash) fertilizers (collectively, NPK fertilizers) sold in the United States." MDL 3187, Doc. 1 at 2. The Panel further found that "centralization in the District of Kansas will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation." *Id.* As for the transferee judge, the Panel "assign[ed] this action to Judge Eric F. Melgren, an experienced jurist who has not yet had the opportunity to preside over a multidistrict litigation." *Id.*

3. On June 10, 2026, the Panel issued its Conditional Transfer Order ("CTO-1"), which refers to the Panel's Transfer Order. MDL 3187, Doc. 2. On June 17, 2026, the CTO-1 became final, and was docketed in Case No. 6:26-md-03187-EFM-BGS as Doc. 2 on June 18, 2026.

4. The CTO-1 includes a schedule of tag-along actions being transferred to this District and assigned to Judge Melgren. MDL 3187, Doc. 2 at 2–3. This schedule does not include the Polifka Case or any of the other cases originally filed in this District that were noticed as Related Actions before the Panel in MDL 3187. *See id.*

5. This is consistent with Panel Rule 7.2(a), which provides that "[c]ivil actions filed in the transferee district that involve common questions of fact with the actions pending in an MDL (also called direct-filed actions) are not potential tag-along actions and do not require Panel action." Panel Rule 7.2(a) further provides that "[a] party should request assignment of such actions to the Section 1407 transferee judge in accordance with applicable local rules."

6. Under District of Kansas Local Rule 23-A(a), "[i]f any party to a Multi-District Litigation ("MDL") is named in a civil action pending in this District which concerns the same subject matter as the cases in the MDL, it shall file a Notice of Related Case in the individual docket and the MDL docket, stating if the case should or should not be assigned to the judge

coordinating the MDL in accordance with the rules governing centralization found in 28 U.S.C. § 1407(a)."

7. Here, this case should be assigned to Judge Melgren in accordance with Local Rule 23-A, Panel Rule 7.2(a), and 28 U.S.C. § 1407(a). Plaintiffs timely filed a Notice of Related Action with the Panel in MDL No. 3187. Plaintiffs timely submitted to the Panel an Interested Party Response to the Motion to Transfer. At the Panel's hearing session on May 28, 2026, the undersigned counsel for Plaintiffs was assigned to present oral argument for the parties who supported transfer to this District. For the reasons stated in the Panel's Transfer Order and CTO-1, this case shares the common questions of fact that formed the basis of the Panel's decision to transfer the Related Actions to this District under § 1407(a). Assignment to Judge Melgren is proper here.

June 18, 2026

Respectfully submitted,

*/s/ Patrick J. Stueve*
Patrick J. Stueve, KS# 13847
Steve N. Six, KS# 16151
Caleb J. Wagner, D. Kan. # 78945
Benjamin J. Stueve, KS# 28515
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
Facsimile: (816) 714-7101
stueve@stuevesiegel.com
six@stuevesiegel.com
wagner@stuevesiegel.com
ben.stueve@stuevesiegel.com

Don M. Downing (*Pro Hac Vice* forthcoming)
Jack A. Downing (*Pro Hac Vice* forthcoming)
Dan R. Ritter (*Pro Hac Vice* forthcoming)
**GRAY RITTER GRAHAM**
701 Market Street, Suite 800

St. Louis, MO 63101
Ph: 314.241.5620
ddowning@grgpc.com
jdowning@grgpc.com
dritter@grgpc.com

*Counsel for Plaintiffs and the Proposed Classes*