# EXHIBIT A

| DIST | CASE # | CAPTION | KS CASE # |
|---|---|---|---|
| Colorado | 26-01043 | Union Line Farms, Inc. v. The Mosaic Company, Nutrien Ltd., Nutrien Ag Solutions, Inc., CF Industries Holdings, Inc., CF Industries Inc., CF Industries Nitrogen, LLC, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD | 26-1166 |
| Illinois Northern | 26-02585 | Jakob Stevens, Kyli Knickerbocker Stevens d/b/a/ Fire Creek Farms v. Nutrien AG Solutions, CF Industries Holdings, Inc., Koch Agronomic Services, LLC, Yara International ASA, The Mosaic Co., Canpotex LTD, ESQ Benjamin J Widlanski, Nutrien Ltd., CF Industries Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Holding Comapny, LLC, Koch Inc., Yara North America, Inc., Mosaic Fertilizer, LLC | 26-1167 |
| Illinois Northern | 26-03051 | Michael Rumbold v. Nutrien AG Solutions, CF Industries Holdings, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc., The Mosaic Co., Canpotex LTD | 26-1168 |
| Kansas | 26-02146 | Melinda Matson v. Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Nutrien Ltd., Nutrien Ag Solutions, Inc., Mosaic Company, The, Canpotex Ltd., CF Industries Holdings, Inc., CF Industries, Inc., Yara International ASA, Yara North America, Inc., CF Industries Nitrogen, LLC | 26-2146 |
| Missouri Western | 26-00221 | IIHAB Partnership v. Nutrien Ltd, Nutrien AG Solutions, The Mosaic Co., Mosaic Fertilizer, LLC, CF Industries Holdings, Inc., Koch Industries, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD, International Fertilizer Association Limited, The Fertilizer Institute | 26-1169 |

EXHIBIT A

| | | | |
|---|---|---|---|
| California Eastern | 26–03233 | Wallace Hatfield v. Nutrien Ag Solutions, Inc., Nutrien Ag Solutions, Inc., The Mosaic Company, Mosaic Fertilizer, LLC, CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, Yara North America, Inc. | 26-1192 |
| California Eastern | 26–04262 | Live Oak Farms v. Nutrien Ag Solutions, Nutrien AG Solutions, Nutrien Ltd., CF Industries Holdings, Inc., CF Industries Inc., CF Nitrogen LLC, Koch Agronomic Services, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., The Mosaic Co., Mosaic Fertilizer, LLC, Canpotex LTD | 26-1177 |
| California Northern | 26–02970 | Bradley Samuelson v. The Mosaic Company, Mosaic Fertilizer, LLC, Nutrien Ltd., Nutrien Ag Solutions, Inc., CF Industries Holdings, Inc., CF Industries Inc., CF Industries Nitrogen, LLC, Koch Industries, LLC, Koch Agronomic Services, LLC, Koch Ag and Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Wever, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD, International Fertilizer Association, The Fertilizer Institute | 26-1174 |
| Colorado | 26–01494 | Dunham Family Farms v. Mosaic Company, The, Nutrien Ltd., Nutrien Ag Solutions, Inc., CF Industries Holdings, Inc., CF Industries Inc., CF Industries Nitrogen, LLC, Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD | 26-1184 |
| Connecticut | 26–00554 | JS Farms, Inc. v. Nutrien AG Solutions, Inc., Mosaic Company, Mosaic Fertilizer, LLC, CF Industries Holdings, Inc, CF Industries Nitrogen, LLC, CF Industries Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, Yara North America, Inc., Does 1-20 | 26-1203 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| Illinois Northern | 26–03745 | Casey Carroll v. Nutrien Ltd., Nutrien AG Solutions, CF Industries Holdings, Inc., Koch, Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc., The Mosaic Co. | 26-1183 |
| Illinois Northern | 26–03872 | Olin Leslie Click III d/b/a Click Farms v. Nutrien Ltd., Nutrien AG Solutions, CF Industries Holdings, Inc., Koch, Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc., The Mosaic Co., Canpotex LTD | 26-1185 |
| Illinois Northern | 26–04070 | David Carroll v. Nutrien Ltd., Nutrien AG Solutions, CF Industries Holdings, Inc., Koch Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Yara International ASA, The Mosaic Co., Yara North America, Inc. | 26-1205 |
| Illinois Northern | 26–04214 | Fillingim Farms, Inc. v. Nutrien Ltd., Nutrien AG Solutions, CF Industries Holdings, Inc., Koch Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc., The Mosaic Co., | 26-1188 |
| Illinois Northern | 26–04304 | Red River Ag, LLC v. Nutrien Ltd., Nutrien Ag Solutions, Inc., The Mosaic Company, Mosaic Fertilizer, LLC, Canpotex LTD, Yara International ASA, Yara North America, Inc., CF Industries Holdings, Inc., Koch Ag & Energy Solutions, LLC, Koch Agronomic Services, LLC, The Fertilizer Institute, The International Fertilizer, Association, CF Industries Nitrogen, LLC, CF Industries, Inc., Koch Industries, Inc. | 26-1189 |
| Illinois Northern | 26–04582 | Jewett Farms, LLC v. Nutrien Ltd., Nutrien Ag Solutions, Inc., The Mosaic Co., Mosaic Fertilizer, LLC, Canpotex LTD, Yara International ASA, Yara North America, Inc., CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries, Inc., Koch Industries, Inc., Koch Ag & Energy Solutions, LLC, Koch Agronomic Services, LLC, The Fertilizer Institute, International Fertilizer Association | 26-1191 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| Illinois Northern | 26–04951 | Donald F. Deline v. Koch Agronomic Services, LLC, Nutrien Ag Solutions, Inc., Nutrien Ltd., The Mosaic Company, Canpotex LTD, CF Industries Holdings, Inc., CF Industries Inc., CF Industries Nitrogen, LLC, Yara International ASA, Yara North America, Inc., Koch Fertilizer, LLC, | 26-1190 |
| Illinois Northern | 26–05099 | Gilman Feed Company, Inc. v. CF Industries Holdings, Inc., CF Industries, Inc., Koch, Inc., Koch Industries, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Nutrien Ltd., Nutrien Ag Solutions, Inc., The Mosaic Company, Canpotex LTD, Yara International ASA | 26-1181 |
| Iowa Northern | 26-04040 | Steven Vohs v. Canpotex LTD, CF Industries Holdings, Inc., Nutrien AG Solutions; The Mosaic Company; Yara International ASA; Yara North America; Koch Agronomic Services, LLC | 26-1175 |
| Minnesota | 26-02334 | Dan Flaten v. Nutrien Ltd., Nutrien AG Solutions, Nutrien AG Solutions, Mosaic Fertilizer, LLC, CF Industries Holdings, Inc., Koch Industries, LLC, Koch Ag & Energy Solutions, LLC, Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD, Fertilizer Institute, The, International Fertilizer Association | 26-1176 |
| Missouri Western | 26-04063 | Jason Buckman Farms, LLC v. Canpotex Limited, CF Industries Holdings, Inc, Koch Agronomic Services, LLC, Nutrien AG Solutions, The Mosaic Company, Yara International ASA | 26-1178 |
| Missouri Western | 26-00340 | Book Farms v. Nutrien Ltd., Nutrien AG Solutions, The Mosaic Co., Mosaic Fertilizer, LLC, CF Industries Holdings, Inc., Koch Industries, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD, International Fertilizer Association Limited, The Fertilizer Institute | 26-1204 |
| Missouri Western | 26-00380 | Steve Johnson d/b/a Steve Johnson Farm, Lisa Marie Johnson, v. The Mosaic Company, Nutrien Ltd., Nutrien Ag Solutions, Inc., CF Industries Holdings, Inc., CF Industries Inc., CF Industries Nitrogen, LLC, Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD | 26-1186 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| Missouri Western | 26-00418 | Robert Koon d/b/a Edgewood Dairy v. Nutrien Ltd., Nutrien AG Solutions, The Mosaic Co., Mosaic Fertilizer, LLC, Canpotex LTD, CF Industries Holdings, Inc, CF Industries Inc., Koch Inc, Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc. | 26-1179 |
| Missouri Western | 26-06065 | Brian Miller v. Nutrien Ltd., Nutrien AG Solutions, The Mosaic Co., Mosaic Fertilizer, LLC, CF Industries Holdings, Inc., Koch Industries, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., Canpotex LTD, International Fertilizer Association Limited, The Fertilizer Institute | 26-1180 |
| New Hampshire | 26-00282 | Blake Drohman v. Nutrien AG Solutions, Inc., The Mosaic Company, Mosaic Fertilizer, LLC, CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, Yara North America, Inc., Does 1-20 | 26-1182 |
| Wisconsin Western | 26-00392 | Rudy Patzkowsky, Rudy v. Nutrien Ag Solutions, Inc., The Mosaic Company, CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, Yara North American, Inc., Mosaic Fertilizer, LLC | 26-1206 |
| Kansas | _ | Wendelken Farms, LC v. Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Nutrien, Ltd., Nutrien Ag Solutions, Inc., Mosaic Company, The, Canpotex, Ltd., CF Industries Holdings, Inc., CF Industries, Inc., CF Industries Nitrogen, LLC, Yara International ASA, Yara North America, Inc., | 26-2164 |
| Kansas | _ | Davis Ehrsam Farms LLC v. Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Nutrien, Ltd., Nutrien Ag Solutions, Inc., Mosaic Company, The, Canpotex, Ltd., CF Industries Holdings, Inc., CF Industries, Inc., CF Nitrogen, LLC(T), Yara International ASA, Yara North America, Inc., CF Industries Nitrogen, LLC | 26-2175 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| Kansas | _ | David Polifka, David Polifka Revocable Living Trust, Grafel Farms, LLC, Charles Frickey,Charles Frickey Revocable Trust, Black River Cattle, LLC, JLM Farms, LLC, JLM Farms, LLC, JLM Farms, LLC, HCM Farm Partners, Jack Harrison McGee, Generation Three Partnership, Eagle Lake Farms, Bacon Lake Farm, Bryce Baker, Rocky Point Farms, Inc., Hardy's Holsteins, LLC, Scherping Farms, LLC, Scherping Farms of Little Falls, Inc., Johnson Farm Minnesota LLC, Chad Olsen, Paula Olsen, David Schwaninger, Matt Bargen, Robin Bargen, Oakfield-Alabama Farms, Lakeshore Dairy LLC, Qual Grain, CD Acres LLC, Dewitz Feedlot, Inc., Ochsner Partnership, Collin Klebsch, Klebsch Farms, Inc., Lynn Kirschbaum, Rodney Naedler, Naedler Farms II, William & Sons, Orville Williams, Oberbroeckling Family Farms Ltd, Mendes Dairy Partnership, AMPM Farms, LLC v. Mosaic Company, The, Nutrien Ltd., Nutrien Ag Solutions, Inc., CF Industries Holding, Inc(T), CF Industries, Inc., CF Industries Nitrogen, LLC; Koch Agronomic Services, LLC, Koch Fertilizer, LLC, Yara International ASA, Yara North America, Inc., Canpotex Ltd., CF Industries Holdings, Inc. | 26-2179 |
| Kansas | _ | Long Branch Farms LLC v. Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Nutrien Ltd., Nutrien Ag Solutions, Inc., Mosaic Co., The, Mosaic Fertilizer, LLC, CF Industries Holdings, Inc., CF Industries, Inc., CF Industries Nitrogen, LLC, Yara International ASA, Yara North America, Inc., Canpotex Limited | 26-2188 |
| Kansas | _ | RH Grain Farms LLC, Terry Polen v. Nutrien Ltd., Nutrien Ag Solutions, Inc., Mosaic Company, The, Mosaic Fertilizer, LLC, Mosaic Canada Crop Nutrition, LP, CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, Koch Fertilizer Canada, UCL, Yara International ASA, Yara North America, Inc., Does 1-20 | 26-2193 |
| Kansas | _ | Steve Ray, Jeff McGrew, Patty McGrew v. Nutrien Ltd., Nutrien Ag Solutions, Inc., Mosaic Company, The, Mosaic Fertilizer, LLC, Mosaic Canada Crop Nutrition, LP, CF Industries Holdings, Inc., CF Industries Nitrogen, LLC, CF Industries Inc., Koch Ag & Energy Solutions, LLC, Koch Fertilizer, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Dodge City, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Canada, ULC, Yara International ASA, Yara North America, Inc., Does 1 - 20 | 26-2300 |

# EXHIBIT A

| | | | |
|---|---|---|---|
| Kansas | _ | John Weidenaar and Stacy L. Cope v. Koch Fertilizer, LLC, Koch Agronomic Services, LLC, Nutrien Ag Solutions, Inc., Nutrien, Ltd., Mosaic Company, The, Canpotex, Ltd., CF Industries Holdings, Inc., CF Industries, Inc., CF Nitrogen, LLC(T), Yara International ASA, Yara North America, Inc., CF Industries Nitrogen, LLC | 26-2312 |
| | | | |