**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION

This Document Relates To:
ALL CASES

MDL No. 3187

Case No. 26-md-3187-EFM-BGS

## NUNC PRO TUNC ORDER

On July 15, 2026, at DE 9, the Court entered the Initial Procedure Order No. 1 with Exhibit A as an attachment. Since that filing the Court has found a few errors in Exhibit A and has made the necessary corrections. Therefore, attached is an Amended Exhibit A designating the corrections with an asterisk in the Case # Column, including an explanation of what correction was made.

**IT IS THEREFORE ORDERED** the Amended Exhibit A as attached hereto will be the prevailing exhibit to the Initial Procedure Order No. 1.

**IT IS SO ORDERED**.

Dated this 15th day of July, 2026.

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE