**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION,<br><br>This Document Relates To:<br>ALL CASES | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**CORPORATE DISCLOSURE STATEMENT OF THE CF INDUSTRIES ENTITIES**

Pursuant to Fed. R. Civ. P. 7.1 and this Court's Initial Procedure Order No. 1 (ECF No. 9), Defendants CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen, LLC (collectively, "CF") provide the following updated disclosures through their undersigned counsel:

1. CF Industries Holdings, Inc. is a publicly held corporation that does not have a parent entity. CF further states that as of the date of this filing, no corporation or individual owns 10% or more of CF Industries Holdings, Inc.

2. CF Industries, Inc. is a 100% owned subsidiary of CF Industries Holdings, Inc.

3. CF Industries Nitrogen, LLC is a limited liability corporation. Its members are (i) CF USA Holdings, LLC, the sole member of which is CF Industries, Inc., and (ii) CHS Inc.

In accordance with its obligations pursuant to Fed. R. Civ. P. 7.1, CF states it will promptly file a supplemental disclosure if the above information changes.

Dated: July 27, 2026

Respectfully submitted,

*/s/ Daniel E. Laytin*
Daniel E. Laytin, P.C. (IL # 6257119)
Christa C. Cottrell, P.C. (IL # 6284749)
Alyssa C. Kalisky, P.C. (IL # 6312479)
Jessica Giulitto (IL # 6323951)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
christa.cottrell@kirkland.com
alyssa.kalisky@kirkland.com
jessica.giulitto@kirkland.com

James M. Armstrong (KS # 09271)
Clayton J. Kaiser (KS # 24066)
**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206
Telephone: (316) 291-9576
Facsimile: (316) 267-6345
jarmstrong@foulston.com
ckaiser@foulston.com

*Attorneys for CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 27, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Daniel E. Laytin*