**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Jewett Farms, LLC v. Nutrien Ltd., et al.*,<br>Case No. 26-1191 | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**PLAINTIFF JEWETT FARMS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Jewett Farms, LLC ("Jewett Farms"), through its undersigned counsel submits this disclosure pursuant to Fed. R. Civ. P. 7.1. Jewett Farms is a privately held corporation; does not have any parent corporations; and no publicly-held corporations own 10% or more of its stock.

DATED: July 30, 2026

Respectfully submitted,

/s/ Michael Dell'Angelo

Michael Dell'Angelo (PA Bar No. 80910)
Candice J. Enders (PA Bar No. 92107)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
mdellangelo@bergermontague.com
cenders@bergermontague.com

*Attorneys for Plaintiff Jewett Farms, LLC*