**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*Jason Buckman Farms, LLC v. Canpotex Limited et al*<br>Case No. 26-04063 | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**PLAINTIFF JASON BUCKMAN FARMS, LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Plaintiff Jason Buckman Farms, LLC, through its undersigned counsel submits this disclosure pursuant to Fed. R. Civ. P. 7.1. Jason Buckman Farms, LLC is a privately held corporation; does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

Dated: July 31, 2026

Respectfully submitted,
*/s/ Richard M. Paul III*
Richard M. Paul III, KS #17778
Ashlea G. Schwarz, KS #23491
Mary Jane Fait, IL #6182377
Katherine Miles, MO #78110
**PAUL LLP**
600 Broadway Blvd., Suite 600
Kansas City, Missouri 64105
Telephone: (816) 984-8100
Rick@PaulLLP.com
Ashlea@PaulLLP.com
MaryJane@PaulLLP.com
Katie@PaulLLP.com
***Attorneys for Plaintiff Jason Buckman Farms, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Richard M. Paul III*
Richard M. Paul III, KS #17778