**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| *In re: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation*<br><br>This Document Relates to:<br><br>*Davis Ehrsam Farms, LLC v. Koch Fertilizer, LLC, et al.*,<br>No. 26-cv-2715 | Case No. 26-md-3187-EFM-BGS<br><br>MDL No. 3187 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Plaintiff certifies that Plaintiff, Davis Ehrsam Farms, LLC, is a privately held corporation, has no parent corporation and no publicly held corporation that owns more than 10% of its stock.

Dated: July 31, 2026.

Respectfully submitted,

*/s/ Rex A. Sharp*
Rex A. Sharp, KS #12350
Isaac L. Diel, KS #14376
Hammons P. Hepner, KS #29138
SHARP LAW, LLP
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
idiel@midwest-law.com
hhepner@midwest-law.com

Dave Rebein, KS #10476
Pablo H. Mose, KS Bar #27532
REBEIN BROTHERS, PA
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-08126
dave@rbr3.com
pablo@rbr3.com

*Attorneys for Plaintiff Davis Ehrsam Farms, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2026, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

SHARP LAW LLP

*/s/ Rex A. Sharp*
Rex A. Sharp