`

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION | ) ) ) ) | MDL No. 3187 |
| This Document Relates To: ALL CASES | ) ) ) ) | Case No. 26-md-3187-EFM-BGS |

**DEFENDANT YARA INTERNATIONAL ASA'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Yara International ASA, by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1 makes the following disclosures:

Yara International ASA is a publicly traded corporation listed on the Oslo Stock Exchange (ticker: YAR). Defendant Yara International ASA has no parent corporation, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities. The Norwegian Ministry of Trade, Industry and Fisheries owns 36.21% of Yara International ASA's stock, and the Government Pension Fund of Norway owns 7.3%.

With this disclosure statement, Yara International ASA reserves all, and does not waive any, jurisdictional defenses available to it.

Dated: August 3, 2026

Respectfully submitted,
/s/ *Heather P. Lamberg*
Heather P. Lamberg
FRESHFIELDS US LLP
700 13th St. NW, 10th Floor
Washington, DC 20005
Phone: (202) 210-8639
Heather.Lamberg@freshfields.com
*Attorney for Defendant Yara International ASA*