`

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION | ) ) ) ) | MDL No. 3187 |
| This Document Relates To: ALL CASES | ) ) ) ) | Case No. 26-md-3187-EFM-BGS |

**DEFENDANT YARA NORTH AMERICA, INC'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Yara North America, Inc., by and through its attorneys, and pursuant to Federal Rule of Civil Procedure 7.1, makes the following disclosures:

Yara North America, Inc. is a wholly owned subsidiary of Yara International ASA. Yara International ASA is a publicly traded corporation listed on the Oslo Stock Exchange (ticker: YAR). Defendant Yara North America, Inc. has no other parent corporation, subsidiary, or affiliate entities (corporate or otherwise) that have issued stock or debt securities and no other publicly held entity (corporate or otherwise) owns 10% or more of its stock.

Dated: August 3, 2026

Respectfully submitted,
/s/ *Heather P. Lamberg*
Heather P. Lamberg
FRESHFIELDS US LLP
700 13th St. NW, 10th Floor
Washington, DC 20005
Phone: (202) 210-8639
Heather.Lamberg@freshfields.com
*Attorney for Defendant Yara International ASA*