**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION,<br><br>This Document Relates To:<br>ALL CASES | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

## CORPORATE DISCLOSURE STATEMENT OF THE KOCH ENTITIES

Pursuant to Federal Rule of Civil Procedure 7.1, Koch, Inc., Koch Industries, LLC (f/k/a Koch Industries, Inc.), Koch Agronomic Services, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, and Koch Fertilizer Canada, UCL (the "Koch Entities"), newly-named in the above-captioned action, hereby state the following: Koch Industries, LLC, Koch Agronomic Services, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, and Koch Fertilizer Canada, ULC are indirect wholly-owned subsidiaries of Koch, Inc., a privately held corporation. No publicly held corporation owns 10% or more of the stock of the Koch Entities.

Date: August 5, 2026

Respectfully submitted,
*/s/ Mike Bonanno*

Michael D. Bonanno (DC Bar No. 998208)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
555 13th Street NW, Suite 600
Washington, D.C. 20004
Tel: (202) 538-8000
Fax: (202) 538-8100
mikebonanno@quinnemanuel.com

*Attorney for Koch, Inc., Koch Agronomic Services, LLC, Koch Industries, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, and Koch Fertilizer Canada, ULC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2026 a copy of the above was e-filed with the Court and served on counsel of record via the Court's e-filing system.

*/s/ Mike Bonanno*
Mike Bonanno