**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**ENTRY OF APPEARANCE**

COMES NOW Oliver H. Thomas of the law firm Lewis Rice LLC and, pursuant to District of Kansas Local Rule 5.1, hereby enters his appearance on behalf of Defendants The Mosaic Company, Mosaic Fertilizer, LLC, and Mosaic Canada Crop Nutrition LP.

Date: August 5, 2026

Respectfully submitted,

*/s/ Oliver H. Thomas*

Oliver H. Thomas, KS #78835
**LEWIS RICE LLC**
600 Washington Ave., Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7711
Facsimile: (314) 612-7711
othomas@lewisrice.com

*Attorney for Defendants The Mosaic Company, Mosaic Fertilizer, LLC, and Mosaic Canada Crop Nutrition LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of August, 2026, a true and correct copy of the foregoing was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Oliver H. Thomas*