**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Stevens v. Nutrien AG Solutions, et al.*, Case No. 26-1167 | MDL 3187<br><br>Case No. 26-md-3187-EFM-BGS |

**PLAINTIFFS JAKOB STEVENS AND KYLI KNICKERBOCKER STEVENS D/B/A FIRE CREEK FARMS CORPORATE DISCLOSURE STATEMENT**

Plaintiffs Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creek Farms ("Fire Creek Farms"), through its undersigned counsel submits this disclosure pursuant to Fed. R. Civ. P. 7.1. Fire Creek Farms is a privately held corporation, has no parent corporation, and no publicly held corporation that owns 10% or more of its stock.

Dated: August 5, 2026

Respectfully submitted,

*/s/ Linda P. Nussbaum*

Linda P. Nussbaum (NY #1594753)
**NUSSBAUM LAW GROUP, P.C.**
1225 Franklin Ave
Garden City, NY 11530
Telephone: (917) 438-9189
Email: lnussbaum@nussbaumpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2026, a copy of the above Corporate Disclosure Statement was served via the District Court EM/ECF system on all counsel of record.

*/s/ Linda P. Nussbaum*
Linda P. Nussbaum

*Counsel for Plaintiffs Jakob Stevens and Kyli Knickerbocker Stevens d/b/a Fire Creek Farms*