**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION,<br><br>This Document Relates To:<br>*Drohman, No. 26-cv-1182*<br>*JS Farms, No. 26-cv-1203* | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF AARON D. ROSENBERG**

Please withdraw the appearance of Aaron D. Rosenberg, Esq. of the law firm Sheehan Phinney Bass & Green PA on behalf of Defendants CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen, LLC pursuant to D. Kan. 83.5(b). Said party/parties will continue to be represented by Attorney Alyssa Kalisky, Attorney Christa Cottrell, Attorney Dan Laytin, and Attorney Jessica Giulitto.

Respectfully submitted,

CF INDUSTRIES HOLDINGS, INC.,
CF INDUSTRIES, INC., AND
CF INDUSTRIES NITROGEN, LLC,

By their attorneys,

*/s/ Aaron D. Rosenberg*

Aaron D. Rosenberg (CT BBO# 29518)
Sheehan Phinney Bass & Green, PA
28 State Street, 22nd Floor
Boston, MA 02109
617.897.5600
arosenberg@sheehan.com

Dated: August 7, 2026

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 7, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ Aaron D. Rosenberg*
Aaron D. Rosenberg