**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br>*DeLine v. Koch Agronomic Services, LLC*, Case No. 1:26CV04951 | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**PLAINTIFF DONALD F. DELINE FARMS' CORPORATE DISCLOSURE STATEMENT**

Plaintiff Donald F. DeLine, d/b/a DeLine Farms North, DeLine Farms South, and DeLine Farms Partnership ("DeLine Farms"), through its undersigned counsel, submits this disclosure pursuant to Fed. R. Civ. P. 7.1. DeLine Farms is a privately held corporation and does not have any parent corporations, and no privately held corporation owns 10% or more of its stock.

Dated: August 7, 2026

Respectfully submitted,

*/s/ Bryan L. Clobes*

Bryan L. Clobes
Jennifer W. Sprengel
Daniel O. Herrera
Kaitlin Naughton
Henry Visser Melville
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Facsimile: (312) 782-4485
bclobes@caffertyclobes.com
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com

knaughton@caffertyclobers.com
hmelville@caffertyclobes.com