**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL CASES | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS THE MOSAIC COMPANY, MOSAIC FERTILIZER, LLC, AND MOSAIC CANADA CROP NUTRITION, LP**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Initial Procedure Order No. 1 (Dkt. 9), Defendants The Mosaic Company, Mosaic Fertilizer, LLC, and Mosaic Canada Crop Nutrition, LP, by and through the undersigned counsel, make the following disclosure:

The Mosaic Company is a publicly traded company (NYSE: MOS), with no parent company and no publicly held company owning more than 10 percent of its stock.

Mosaic Fertilizer, LLC is an indirect subsidiary of The Mosaic Company. Other than The Mosaic Company, no publicly held corporation, directly or indirectly, owns 10 percent or more of Mosaic Fertilizer, LLC.

Mosaic Canada Crop Nutrition, LP is an indirect subsidiary of The Mosaic Company. Other than The Mosaic Company, no publicly held corporation, directly or indirectly, owns 10% or more of Mosaic Canada Crop Nutrition, LP.

In making this disclosure, Defendants The Mosaic Company, Mosaic Fertilizer LLC, and Mosaic Canada Crop Nutrition, LP reserve all defenses, including but not limited to any and all jurisdictional defenses.

In accordance with its obligations pursuant to Federal Rule of Civil Procedure 7.1, Defendants The Mosaic Company, Mosaic Fertilizer, LLC, and Mosaic Canada Crop Nutrition, LP, will promptly file a supplemental disclosure if the above information changes.

Dated: August 11, 2026.

Respectfully submitted,


/s/ Mark A. Ford
Mark A. Ford (MA #659009)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Email: Mark.Ford@wilmerhale.com

Tranae Felicien (DC #90015284)
John W. O'Toole (DC #241862)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2100 Pennsylvania Avenue NW
Washington, DC 20037
Telephone: (202) 663-6000
Email: Tranae.Felicien@wilmerhale.com
Email: John.O'Toole@wilmerhale.com

Quinn Fulton (CA #359831)
Nana Wilberforce (CA #296436)
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 S. Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Email: Quinn.Fulton@wilmerhale.com
Email: Nana.Wilberforce@wilmerhale.com

Winthrop B. Reed, III (KS #78794)
Oliver H. Thomas (KS #78835)
**LEWIS RICE LLC**
600 Washington Avenue, Suite 2500
St. Louis, Missouri 63101
Telephone: (314) 444-7617
Facsimile: (314) 612-7617

Email: wreed@lewisrice.com
Email: othomas@lewisrice.com

*Attorneys for The Mosaic Company, Mosaic Fertilizer, LLC, and Mosaic Canada Crop Nutrition, LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of August, 2026, a true and correct copy of the foregoing was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Mark A. Ford*