**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHOROUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION,<br><br>This Document Relates to:<br>ALL CASES | MDL No. 3187<br><br>Case No. 6:26-md-03187-EFM-BGS |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Canpotex Limited provides the following disclosures through their undersigned counsel:

1. Canpotex Limited is directly owned, 50% each, by its two shareholders, (1) Potash Corporation of Saskatchewan Inc., and (2) Mosaic Canada Crop Nutrition, LP.
2. Mosaic Canada Crop Nutrition, LP is an indirect subsidiary of The Mosaic Company.
3. Potash Corporation of Saskatchewan Inc. is an indirect subsidiary of Nutrien Ltd.
4. Other than The Mosaic Company and Nutrien Ltd., no publicly held corporation directly or indirectly owns 10% or more of Canpotex Limited's stock.

Dated: August 13, 2026

Respectfully submitted,

By: /s/ Charles Critchlow

Charles Critchlow (NY Bar No. 1350347)
Richard Brosnick (NY Bar No. 2829919)
Alexandra Getsos (NY Bar No. 5843578)
AKERMAN LLP
1251 Avenue of the Americas, 37th Floor
New York, New York 10020
Tel. (212) 880-3800
Fax (212) 905-6449
charles.critchlow@akerman.com
richard.brosnick@akerman.com
alexandra.getsos@akerman.com

*Attorneys for Defendant Canpotex Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 14, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

/s/ Richard Brosnick