**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*IIHAB Partnership v. Nutrien Ltd. et al.*<br>Case No. 4:26-00221 | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

# PLAINTIFF IIHAB PARTNERSHIP'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff IIHAB Partnership hereby submits its Corporate Disclosure Statement and states that Plaintiff is a privately held corporation, does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 14, 2026

Respectfully submitted,

**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*By: /s/ Benjamin J. Widlanski*
Benjamin J. Widlanski, FL #1010644
Brandon M. Sadowsky, FL #1052643
Lindsey E. Graham, FL #1069593
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

Joseph R. Saveri, CA #130064
Diane S. Rice, CA #118303
Cadio Zirpoli, CA #179108
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, California 94104

Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
drice@saverilawfirm.com

Gene P. Graham, Jr., MO #34950
Bryan T. White, KS #23255
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

Clayton A. Jones, MO #51802
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Attorneys for /Plaintiff, IIHAB PARTNERSHIP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*By: /s/ Benjamin J. Widlanski*