IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Book Farms v. Nutrien Ltd. et al.*<br>Case No. 4:26-00340 | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**PLAINTIFF BOOK FARMS'**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Book Farms hereby submits its Corporate Disclosure Statement and states that Plaintiff is a privately held corporation, does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 14, 2026

Respectfully submitted,

**KOZYAK TROPIN THROCKMORTON LLP**
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508

*By: /s/ Benjamin J. Widlanski*
Benjamin J. Widlanski, FL #1010644
Brandon M. Sadowsky, FL #1052643
Lindsey E. Graham, FL #1069593
bwidlanski@kttlaw.com
bsadowsky@kttlaw.com
lgraham@kttlaw.com

Joseph R. Saveri, CA #130064
Diane S. Rice, CA #118303
Cadio Zirpoli, CA #179108
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910

San Francisco, California 94104
Tel: (415) 500-6800 / Fax: (415) 395-9940
jsaveri@saverilawfirm.com
czirpoli@saverilawfirm.com
drice@saverilawfirm.com

Anthony J. O'Neill, IL #6295313
Kenneth A. Michaels, Jr., IL #6185885
Rezarta C. Melo, IL #6343034
**BAUCH & MICHAELS, LLC**
53 W. Jackson Blvd., Suite 1115
Chicago, Illinois 60604
Tel: (312) 427-9696 / Fax: (312) 427-5709
aoneill@bmlawllc.com
kmichaels@bmlawllc.com
rmelo@bmlawllc.com

Gene P. Graham, Jr., MO #34950
Bryan T. White, KS #23255
**WHITE, GRAHAM, BUCKLEY, & CARR, LLC**
19049 East Valley View Parkway, Ste. C
Independence, Missouri 64055
Tel: (816) 373-9080 / Fax: (816) 373-9319
ggraham@wagblaw.com
bwhite@wagblaw.com

Clayton A. Jones, MO #51802
**CLAYTON JONES, ATTORNEY AT LAW**
P.O. Box 257 405 W. 58 Hwy.
Raymore, Missouri 64083
Tel: (816) 318-4266 / Fax: (816) 318-4267
clayton@claytonjoneslaw.com

*Counsel for Plaintiff Book Farms*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 14, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*By: /s/ Benjamin J. Widlanski*