**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**<u>Rule 7.1 Disclosure of Corporation Interests</u>**

Foreign Defendant International Fertilizer Association ("IFA"), pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows: IFA is incorporated in England and Wales and is a private company limited by guarantee without a share capital. IFA has hundreds of members and is not aware of any members or persons that have significant control of it.

Dated: August 19, 2026

Respectfully submitted,


**REED SMITH LLP**
By: /s/ *Michelle A. Mantine*
Michelle A. Mantine
Reed Smith Centre
225 Fifth Avenue,
Pittsburgh, PA 15222
+1 412 288 4268
mmantine@reedsmith.com

*Attorney for Defendant International Fertilizer Association*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 19, 2026, a true and accurate copy of the foregoing was filed via the Court's CM/ECF Filing System, which will send notice to all counsel of record.

*/s/Michelle Mantine*