**IN THE UNITE D STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 3187<br>Case No. 6:26-md-03187-EFM-BGS<br>Judge Eric F. Melgren |

**DEFENDANTS NUTRIEN LTD.'S AND NUTRIEN AG SOLUTIONS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Initial Procedure Order No. 1 (ECF No. 9), Defendants Nutrien Ltd. and Nutrien Ag Solutions, Inc. disclose the following:

1. Nutrien Ag Solutions, Inc. is a Delaware corporation.

2. Nutrien Ag Solutions, Inc. is a wholly owned subsidiary of United Agri Products, Inc., a Delaware company.

3. Nutrien Ltd., a Canada company, is the ultimate parent of both Nutrien Ag Solutions, Inc. and United Agri Products, Inc.

4. Nutrien Ltd. does not have a parent entity and is a publicly held company whose shares are traded on the New York Stock Exchange.

5. No publicly held corporations or individuals own 10% or more of the Nutrien Ltd. stock.

In accordance with their obligations pursuant to Federal Rule of Civil Procedure 7.1, Defendants Nutrien Ltd. and Nutrien Ag Solutions, Inc. will promptly file a supplemental disclosure if the above information changes.

Dated: August 20, 2026

Respectfully submitted,

/s/ Eddie Hasdoo

David C. Kiernan (CA #215335)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94194
Tel: (415) 626-3939
dkiernan@jonesday.com

Eddie Hasdoo (IL #6317518)
Paxton J. Lozano (IL #6339313)
**JONES DAY**
110 North Wacker Dr., Suite 4800
Chicago, IL 60606
Tel: (312) 782-3939
ehasdoo@jonesday.com
plozano@jonesday.com

*Counsel for Nutrien Ltd. and Nutrien Ag Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026, a copy of the foregoing was filed using the CM/ECF system, which will effectuate service on all counsel of record.

*/s/ Eddie Hasdoo*

Eddie Hasdoo

*Counsel for Nutrien Ltd. and Nutrien Ag Solutions, Inc.*