**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Long Branch Farms LLC v. Koch Ag & Energy Solutions, LLC et al.*<br>Case No. 2:26-cv-02188 | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**PLAINTIFF LONG BRANCH FARMS LLC**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Long Branch Farms LLC hereby submits its Corporate Disclosure Statement and states that Plaintiff is a privately held corporation, does not have any parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 21, 2026

Respectfully submitted,

*By:/s/ Melissa L. Yeates*

Joseph H. Meltzer
Terence S. Ziegler
Melissa L. Yeates
Jordan E. Jacobson
Daniel S. Dicce
KESSLER TOPAZ
MELTZER & CHECK, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
jmeltzer@ktmc.com
tziegler@ktmc.com
myeates@ktmc.com
jjacobson@ktmc.com
ddicce@ktmc.com

Thomas P. Carmell (KS #17020)
Tyler W. Hudson (KS #20293)
Eric D. Barton (KS #16503)
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Telephone: (816)701-1100
Fax: (816) 531-2372
tcartmell@wcllp.com
thudson@wcllp.com
ebarton@wcllp.com

James E. Cecchi
Zachary A. Jacobs
CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
T:(973) 994-1700
F: (973) 994-1744
jcecchi@carellabyrne.com
zjacobs@carellabyrne.com

Amy C. Martin
MARTIN LAW GROUP PLLC
1250 Connecticut Ave. NW, Suite 700
Washington D.C. 20036
Tel: (202) 261-3563
amy@martinlawgroupllc.com

*Counsel for Plaintiff Long Branch Farms LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*By: /s/ Melissa L. Yeates*