**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation<br><br>This Document Relates To:<br><br>*IIHAB Partnership v. Nutrien Ltd., et al.*, Case No. 26-00221<br><br>*Samuelson v. The Mosaic Company, et al.*, Case No. 26-02970<br><br>*Red River Ag, LLC v. Nutrien Ltd., et al.*, Case No. 26-04304<br><br>*Jewett Farms, LLC v. Nutrien Ltd., et al.*, Case No. 26-04582<br><br>*Flaten v. Nutrien Ltd., et al.*, Case No. 26-02334<br><br>*Book Farms v. Nutrien Ltd., et al.*, Case No. 26-00340<br><br>*Miller v. Nutrien Ltd., et al.*, Case No. 26-06065<br><br>*Harden v. Nutrien Ltd., et al.*, Case No. 26-01220 | **MDL 3187**<br><br>**Case No. 26-md-03187-EFM-BGS** |

# DEFENDANT THE FERTILIZER INSTITUTE'S CORPORATE DISCLOSURE STATEMENT

Defendant The Fertilizer Institute ("TFI"), by and through its undersigned counsel, hereby submits this disclosure pursuant to Fed. R. Civ. P. 7.1. TFI is a non-governmental corporate party that has no parent corporation and does not issue stock; accordingly, no publicly held corporation owns 10% or more of its stock, and TFI has no parent, subsidiary, or affiliate entities that have outstanding securities in the hands of the public.

Date: August 24, 2026

Respectfully submitted,

*/s/ Peter G. Siachos*

**GORDON REES SCULLY MANSUKHANI LLP**
Peter G. Siachos (SC # 7591)
Email: psiachos@grsm.com
Eric Evans (NJ # 035972006)
Email: eevans@grsm.com
Amy Buice (GA # 6323951)
Email: abuice@grsm.com
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 714-2505
Facsimile: (843) 804-4691

*Attorneys for Defendant The Fertilizer Institute*