**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION | MDL No. 3187 |
| This Document Relates to: | Case No. 26-md-3187-EFM-BGS |
| *RH Grain Farms LLC*, No. 26-cv-2193;<br>*JS Farms, Inc*., No. 26-cv-1203;<br>*Drohman*, No. 26-cv-1182;<br>*Hatfield*, No. 26-cv-1192;<br>*Patzkowsky*, No. 26-cv-1206; and<br>*Ray*, No. 26-cv-2300. | |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFFS RH GRAIN FARMS LLC, JS FARMS, INC., TERRY POLLEN, BLAKE DROHMAN, WALLACE HATFIELD, RUDY PATZKOWSKY, STEVE RAY, JEFF MCGREW, AND PATTY MCGREW**

Pursuant to Federal Rule of Civil Procedure 7.1 and paragraph 2 of this Court's Initial Procedure Order No. 1 (ECF No. 9), the undersigned counsel for Plaintiffs RH Grain Farms LLC, JS Farms, Inc., Terry Pollen, Blake Drohman, Wallace Hatfield, Rudy Patzkowsky, Steve Ray, Jeff McGrew, and Patty McGrew certifies as follows:

RH Grain Farms LLC is incorporated under the laws of and operates in Indiana. RH Grain Farms LLC is a privately held corporation that has no parent corporation, and no publicly held corporation owns 10% or more of its stock. RH Grain Farms LLC has no parent, subsidiary, or affiliate entities that have outstanding securities in the hands of the public.

JS Farms, Inc., is incorporated under the laws of and operates in Indiana. JS Farms, Inc., is a privately held corporation that has no parent corporation, and no publicly held corporation owns 10% or more of its stock. JS Farms, Inc., has no parent, subsidiary, or affiliate entities that have outstanding securities in the hands of the public.

Plaintiffs Terry Pollen, Blake Drohman, Wallace Hatfield, Rudy Patzkowsky, Steve Ray, Jeff McGrew, and Patty McGrew each confirm that they have no affiliate that has outstanding securities in the hands of the public.

Dated: August 24, 2026

Respectfully submitted,

/s/ Patrick McGahan
Patrick McGahan (NY #577027)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
pmcgahan@scott-scott.com

Patrick Coughlin (CA #111070)
Carmen Medici (CA #248417)
Daniel J. Brockwell (CA #335983)
Bridget Fogarty Gramme (CA #231953)
Heidi B. Weaver (CA #204895)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
bgramme@scott-scott.com
hweaver@scott-scott.com

Karin Garvey (NY #2997831)
Robin A. van der Meulen (NY #4760567)
Matthew J. Perez (NY #4937728)
Brian M. Hogan (IL #6286419)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Floor

New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
kgarvey@scott-scott.com
rvandermeulen@scott-scott.com
matt.perez@scott-scott.com
brian.hogan@scott-scott.com

Vincent Briganti (NY #2785376)
Margaret MacLean (NY # 4588182)
**LOWEY DANNENBERG, P.C**.
44 South Broadway, Suite 1100
White Plains, NY 10601
Phone: (914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
mmaclean@lowey.com

Christopher M. Burke (CA #214799)
Yifan (Kate) Lv (CA #302704)
John Chisholm (WI #1023023)
Rachel Steyer (CA #330064)
Robin Stemen (CA #149605)
**BURKE LLP**
402 West Broadway, Suite 1890
San Diego, CA 92101
Phone: (619) 369-8244
cburke@burke.law
klv@burke.law
john.chisholm@burke.law
rsteyer@burke.law
rstemen@burke.law

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ Patrick McGahan

Patrick McGahan