UNITED STATES DISTRICT COURT

DISTRICT OF KANSAS

| | |
|---|---|
| In re NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION | MDL No. 3187<br><br>Case No. 6:26-md-03187-EFM-BGS |
| This Document Relates To:<br><br>*Wendelken Farms LC v. Koch Fertilizer, LLC*, No. 2:26-cv-02164. | |

CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Initial Procedure Order No. 1, ¶2 (ECF 9), undersigned counsel for Plaintiff certifies that Plaintiff Wendelken Farms LC is a privately held corporation, has no parent corporation and no publicly held corporation that owns more than 10% of its stock.

DATED: August 25, 2026


ROBBINS GELLER RUDMAN
& DOWD LLP
STUART A. DAVIDSON
MARK J. DEARMAN
ANNY M. MARTIN

*s/ Stuart A. Davidson*

STUART A. DAVIDSON

225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
amartin@rgrdlaw.com

ROBBINS GELLER RUDMAN
& DOWD LLP
ALEXANDRA S. BERNAY
ARTHUR L. SHINGLER III
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
xanb@rgrdlaw.com
ashingler@rgrdlaw.com

SHARP LAW, LLP
REX A. SHARP, KS #12350
ISAAC L. DIEL, KS #14376
HAMMONS P. HEPNER, KS #291384820
West 75th Street
Prairie Village, KS 66208
Telephone: 913/901-0505
913/261-7564 (fax)
rsharp@midwest-law.com
idiel@midwest-law.com
hhepner@midwest-law.com

WITES & ROGERS ATTORNEYS AT LAW
MARC A. WITES
THOMAS B. ROGERS
4400 North Federal Highway
Lighthouse Point, FL  33064
Telephone:  561/567-9947
mwites@witeslaw.com
trogers@witeslaw.com

*Attorneys for Plaintiff Wendelken Farms LC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

ROBBINS GELLER RUDMAN
& DOWD LLP

*s/ Stuart A. Davidson*
STUART A. DAVIDSON