**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| In re: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation<br><br>This Document Relates to:<br><br>*Live Oak Farms v. Nutrien AG Solutions, et al.*<br>No. 26-cv-01177 | Case No. 6:26-md-3187-EFM-BGS<br><br>MDL No. 3187 |

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF LIVE OAK FARMS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Live Oak Farms, a California Limited Partnership, hereby submits its Corporate Disclosure Statement and states that Live Oak Farms is a family-owned, privately held limited partnership, does not have any parent corporation nor is any corporation a general partner, and no publicly held corporation owns 10% or more of its stock.

Dated: August 25, 2026

Respectfully submitted:

*s/ Stephen R. Basser*

Stephen R. Basser (CA 121590)
**BARRACK, RODOS & BACINE**
3580 Carmel Mountain Road, Suite 460
San Diego, CA 92130
Tel.: (619) 230-0800
Fax: (619) 230-1874
E-mail: sbasser@barrack.com

Danielle M. Weiss (PA 201067)
**BARRACK, RODOS & BACINE**
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Tel.: (215) 963-0600
Fax: (215) 963-0838
E-mail: dweiss@barrack.com

William J. Ban (NY 1870690)
**BARRACK, RODOS & BACINE**
Eleven Times Square
640 8th Avenue, 10th Floor
New York, New York 10036
Tel.: (212) 688-0782
Fax.: (212) 688-0783
E-mail: wban@barrack.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record via CM/ECF.

__*s/ Stephen R. Basser*________________