**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Gilman Feed Company Inc., et al. v. CF Industries Holdings, Inc.,*<br>Case No. 6:26-cv-01181 | MDL 3187<br><br>Case No. 26-md-3187-EFM-BGS |

# CORPORATE DISCLOSURE STATEMENT

Plaintiff Gilman Feed Company, Inc. ("Gilman Feed"), through its undersigned counsel, submits this disclosure pursuant to Fed. R. Civ. P. 7.1. Gilman Feed is a privately held corporation wholly owned by Norman Spooner. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Keith J. Verrier*
Keith J. Verrier (PA 86577)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Telecopier: (215) 592-4663
kverrier@lfsblaw.com

*Counsel for Plaintiff Gilman Feed Company*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF on this 27th day of August 2026 and was thus served electronically upon counsel of record.

*/s/ Keith J. Verrier*
Keith J. Verrier (PA 86577)
LEVIN SEDRAN & BERMAN LLP
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697
Telephone: (215) 592-1500
Telecopier: (215) 592-4663
kverrier@lfsblaw.com

*Counsel for Plaintiff Gilman Feed Company*