**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION

This Document Relates To:

*Union Line Farms, Inc. v. Mosaic Co., et al.*, 6:26-cv-01166-EFM-BGS

MDL DOCKET NO. 3187
CASE NO. 26-MD-3187-EFM-BGS

**PLAINTIFF UNION LINE FARMS, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Union Line Farms, Inc. hereby submits its Corporate Disclosure Statement and states that Plaintiff is a privately held corporation, does not have any parent corporations, and no publicly held corporation owns 10% or more of its stock.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla (NYS #2635241)
Carrie A. Syme (NYS #3957594)
Theodore J. Salem-Mackall (NYS #627423)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Jonathan S. Crevier (CO #62506)
**DICELLO LEVITT LLP**
6645 South Cherry Way
Centennial, Colorado 80121
(646) 933-1000
jcrevier@dicellolevitt.com

Adam J. Levitt (IL #6216433)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com

*Attorneys for Plaintiff Union Line Farms, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August __, 2026, I electronically filed the foregoing documents with the Clerk if the Clerk using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla