**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| In re: Nitrogen, Phosphorus, and Potassium (NPK) Fertilizer Antitrust Litigation | Case No. 6:26-md-3187-EFM-BGS |
| This Document Relates to: | MDL No. 3187 |
| *Dunham Family Farms v. The Mosaic Company, et al.* No. 1:26-cv-01494 | |

## CORPORATE DISCLOSURE STATEMENT OF DUNHAM FAMILY FARMS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Dunham Family Farms hereby submits its Corporate Disclosure Statement and states that Dunham Family Farms does not have any parent corporation nor is any corporation a general partner, and no publicly held corporation owns 10% or more of its stock.

Dated: August 28, 2026

Respectfully submitted,

*/s/ Michael J Flannery*
Michael J. Flannery
CUNEO GILBERT FLANNERY & LADUCA, LLP
Two CityPlace Drive, Second Floor
St. Louis, MO 63141
Tel: (314) 226-1015
mflannery@cuneolaw.com

David Black (CO #22380)
CUNEO GILBERT FLANNERY & LADUCA, LLP
1737 Monaco Parkway
Denver, CO 80220
Telephone: (303) 886-6475
dblack@cuneolaw.com

Evelyn Y. Riley
Cody McCracken
CUNEO GILBERT FLANNERY & LADUCA, LLP

2445 M St. NW, Suite 740
Washington, D.C. 20037
Telephone: (202) 789-3960
evelyn@cuneolaw.com
cmccracken@cuneolaw.com

David M. Cialkowski
Ian F. McFarland
Zachary J. Freese
Giselle M. Webber
ZIMMERMAN REED LLP
1100 IDS Center
80 8th S St.
Minneapolis, MN 55402
Telephone: (612) 341-0400
david.cialkowski@zimmreed.com
ian.mcfarland@zimmreed.com
zachary.freese@zimmreed.com
giselle.webber@zimmreed.com

Sterling Aldridge
Katherin Barrett Riley
BARRETT LAW GROUP, P.A.
404 Court Square
Lexington, Mississippi 39095
Telephone: (662) 834-2488
saldridge@barrettlawgroup.com
kbriley@barrettlawgroup.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the forgoing document is being served this day on all counsel of record via CM/ECF.

Respectfully submitted,

*/s/ Michael J. Flannery*
Michael J. Flannery