**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**IN RE: NITROGEN, PHOSPHORUS, POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION**

**This Document Relates to:**

*Matson v Koch Fertilizer, LLC et al*
*Case No.: 26-cv-2146-EFM-BGS*

*Hutfilz et al v Nutrien Ltd et al*
*Case No.: 26-cv-1264-EFM-BGS*

*Benedict et al v The Mosaic Company et al*
*Case No.: 26-cv-2432-EFM-BGS*

*Harden v Nutrien Ltd et al*
*Case No.: 26-1220-EFM-BGS*

*Bertz Farms LLC v Nutrien Ltd. et al*
*Case No.: 26-cv-1248-EFM-BGS*

*Cake N Cow Farms v Koch Ag & Energy Solutions LLC et al*
*Case No.: 26-cv-1170-EFM-BGS*

*Flying H Farms LLC et al v Nutrien Ag Solutions, Inc.*
*Case No.: 26-cv-2010-EFM-BGS*

*Nutrien Ag Solutions, Inc. v Flying H Farms LLC*
*Case No.: 26-cv-2578-EFM-BGS*

Case No. 26-md-3187-EFM-BGS

MDL No.: 3187

**ORDER**

On July 7, 2026, the Court issued an Order in MDL Case No. 3187, *In re: Nitrogen, Phosphorus, Potassium (NPK) Fertilizer Antitrust Litigation.* The MDL has several actions filed in other Districts that have been transferred here for "coordinated and consolidated pretrial proceedings." In addition to these cases, eight additional actions involving defendants and allegations similar to the cases in the MDL were filed directly in the District of Kansas and have been assigned to this Court. The parties to each of the above-listed cases agree to transfer and include these cases in the MDL for coordinated and consolidated pretrial proceedings. After review, the Court finds that these cases should be included in the MDL proceeding.

IT IS THEREFORE ORDERED BY THE COURT, that the above-listed cases shall be deemed included in the MDL for coordinated and consolidated pretrial proceedings.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide a copy of this Order to the Judicial Panel on Multidistrict Litigation.

IT IS SO ORDERED.

Dated this 21st day of September, 2026.

Eric F. Melgren

ERIC F. MELGREN
SENIOR UNITED STATES DISTRICT JUDGE