# ATTACHMENT A

## Counsel in Person
## Initial Management Conference
## Septmber 22, 2026

Aldridge, Sarah Sterling

Barton, Eric

Basser, Stephen R.

Bernay, Alexandra S.

Bonanno, Michael Domenic

Brosnick, Richard

Burke, Chris

Caldes, William

Cargnel, Michael S.

Clobes, Bryan L.

Colligan, Sean William

Compton, T Chet

Cottrell, Christa C.

Coughlin, Patrick J.

Davidson, Stuart A.

Dell'Angelo, Michael C.

Diel, Isaac L.

Downing, Don

Downing, Jack

Enders, Candice

Evans, Eric

Ford, Mark A.

Hasdoo, Eddie

Hedlund, Daniel C.

Hepner, Hammons P.

Herrera, Daniel

# ATTACHMENT A

Hogan, Brian M.

Hudson, Ryan

Kaiser, Clayton

Kalisky, Alyssa C.

Kiernan, David C.

LaComb, Tim

Lamberg, Heather P.

Levitt, Adam J.

Looby, Michelle J.

Lv, Kate

MacLean, Margaret

Marshall, Casey

McGahan, Patrick J.

Medici, Carmen

Mose, Pablo

Mummert, Laura

Naughton, Kaitlin

Paul, Richard M. III

Rebein, David J.

Reed, Winthrop Blackstone, III

Riley, Evelyn Yifei

Salva-Cushing, Jennifer

Saveri, Joseph R.

Servais, Jessica

Sharp, Rex A.

Simon, Jeffrey

Six, Stephen N.

Stueve, Benjamin Joseph

Stueve, Patrick J.

# ATTACHMENT A

Syme, Carrie

Ventura, Catie

Verrier, Keith J.

Weiss, Danielle

Widlanski, Benjamin

Wilders, Bradley

Williams, Amanda

Williams, Michael

Yeates, Melissa L.

Zapala, Adam J.

Zinser, Diana

Zirpoli, Cadio