# ATTACHMENT B

## Counsel via Telephone
## Initial Management Conference
## Septmber 22, 2026

Asciolla, Gregory S.

Berkowitz, Eitan

Blanchfield, Garrett

Bonsignore, Robert J.

Carter, Anthony

Chan, Vienna

Chavez, Kathleen

Critchlow, Charles

Duncan, Tristan

Feyh, Henry

Gilliland, Rebecca

Justice, Kimberly Ann

Langeland, Erik H.

Mantine, Michelle Ann

Miles, Dee

Mulholland, Kylie

Nussbaum, Linda P.  (permit to speak)

O'Toole, John

Salem, Sara

Santiago, Manola

Sidhwa, Joy M.

Tostrud, Jon

Weaver, Lesley