**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION

This Document Relates To:

*Union Line Farms, Inc. v. Mosaic Co., et al.*, 6:26-cv-01166-EFM-BGS

*Toenjes v. The Mosaic Co., et al.*, 6:26-cv-01232-EFM-BGS

MDL DOCKET NO. 3187
CASE NO. 26-MD-3187-EFM-BGS

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Union Line Farms, Inc. and Randy Toenjes voluntarily dismiss all of their claims without prejudice in their individual actions and the consolidated action against Defendants The Mosaic Company, Nutrien LTD., Nutrien AG Solutions, Inc., CF Industries Holdings, Inc., CF Industries, Inc., CF Industries Nitrogen, LLC, Koch Agronomic Services, LLC, Yara International ASA, Yara North America, Inc., and Canpotex LTD. A class has not been certified in these actions, and Defendants have not served answers or a motion for summary judgement.

Dated: November 3, 2026

Respectfully submitted,

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla
Theodore J. Salem-Mackall
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, New York 10017
(646) 933-1000
gasciolla@dicellolevitt.com
tsalemmackall@dicellolevitt.com

Jonathan S. Crevier
**DICELLO LEVITT LLP**
6645 South Cherry Way
Centennial, Colorado 80121
(646) 933-1000
jcrevier@dicellolevitt.com

Adam J. Levitt
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
alevitt@dicellolevitt.com

*Attorneys for Plaintiffs Union Line Farms, Inc. and Randy Toenjes*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 3, 2026, I electronically filed the foregoing documents with the Clerk if the Clerk using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Gregory S. Asciolla*
Gregory S. Asciolla