**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 3187<br><br>Case No. 26-md-3187-EFM-BGS |

# JOINT INITIAL MANAGEMENT ORDER

On July 15, 2026, the Court entered Initial Procedure Order No. 1 (ECF No. 9), directing the Parties[1] to submit an initial management report by August 28, 2026, and file a proposed initial management order by October 23, 2026. On August 28, 2026, the Parties submitted the Joint Initial Management Report (the "Report") that summarized the Parties' views on matters related to Federal Rule of Civil Procedure 16.1, consolidation, leadership, case management, discovery, and scheduling.

The Court held the Initial Management Conference on September 22, 2026 and on September 28, 2026, it entered the Order Appointing Counsel (ECF No. 170), appointing Interim Co-Lead Class Counsel for Plaintiffs and the Proposed Classes.

Counsel for the Parties subsequently met and conferred on October 19 and 22, 2026, regarding an Initial Management Order. The Court has received the Parties' proposal and hereby enters the following schedule.

NOW, THEREFORE, IT IS HEREBY ORDERED:

---

[1] "Parties" is defined as Plaintiffs and Defendants that have been named in any complaint consolidated in this MDL as of the date of this filing.

1. **Schedule for Additional Management Conferences with the Court**. The Court shall hold a case management conference January 26, 2027 at 9:00 a.m. in Courtroom 408, Wichita, Kansas, and thereafter, roughly every three months, or as required by events. Seven days before each conference, the Parties shall submit a brief joint status report that updates the Court on the progress of discovery, identifies areas of agreement, flags disputed issues requiring the Court's intervention, and proposes an agenda. If the Parties believe there are no issues requiring the Court's attention, the joint status report shall so state and recommend that the Court remove the conference from its schedule. The Parties should be prepared to conduct discovery or periodic status conferences in-person, and any request for remote participation by a speaker on behalf of any party should be submitted to the court in advance of the conference. Telephonic access to in-person conferences and hearings will be allowed for non-speaking attorneys, or otherwise upon leave of the Court. If the Parties believe that a particular conference is unnecessary, they can state that preference in the joint status report for the Court's consideration. Scheduled status conferences do not obviate the Parties' duties under D. Kan. Rules 37.1 and 37.2 to present discovery motions on a timely basis after reasonable efforts to confer.

2. **Direct Filing of New Actions**. A Plaintiff whose action would be subject to transfer to this Court as a tag-along action to the MDL may file directly in this MDL proceeding without first filing in another federal district court and awaiting transfer by the Judicial Panel on Multidistrict Litigation. Any action directly filed in this MDL shall be treated as though it had been filed in the U.S. District Court in which venue would otherwise have been proper, and the substantive law that would have applied in that district, including any applicable state law, shall govern. Each directly filed complaint shall identify the district in which the action would otherwise have been filed ("Identified District"). Direct filing shall not constitute a determination by this

Court that jurisdiction or venue is proper in this Court or in the Identified District, shall not constitute consent by any Defendant to personal jurisdiction or venue in this District or in any other district, and shall not waive any defense, objection, or right otherwise available to any Defendant, including without limitation any defense under Fed. R. Civ. P. 12(b) and any defense preserved pursuant to Fed. R. Civ. P. 4(d). Subject to paragraph 5 below, Defendants reserve all rights to challenge personal jurisdiction or the appropriate venue in their responses to any consolidated or individual complaint, after the conclusion of pretrial proceedings in this Court, or at any other appropriate time. At the conclusion of pretrial proceedings under 28 U.S.C. §1407, and absent consent under *Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998), the Court may transfer the direct-filed action to that district under 28 U.S.C. §1404(a). For any case directly filed in or consolidated in this action, Defendants shall not be required to answer or otherwise respond to any individual complaint.

3. **Consolidated Pleadings**. Plaintiffs will file consolidated complaint(s) ("Master Complaint(s)") by November 13, 2026.[2] These Master Complaints shall be treated as substantive complaints, not mere administrative complaints, to effect service, set deadlines for substantive answers or other responsive pleadings, serve as the basis for Rule 12 motion practice, and to otherwise govern the case for all pretrial purposes leading up to entry of the pretrial order. For any Plaintiff named in a Master Complaint that previously filed a case transferred to or filed in this MDL, the Master Complaint shall be treated as a superseding amended complaint pursuant to Fed. R. Civ. P. 15(a). Any Plaintiff with an existing case in the MDL that is named in a Master

[2] Defendants understand Plaintiffs have not yet resolved whether they intend to file one consolidated complaint for both direct purchaser plaintiffs and indirect purchaser plaintiffs, or separate consolidated complaints for each. Defendants reserve all rights to object to one consolidated complaint for both plaintiff groups.

Complaint may, by indication in the complaint, have the Plaintiff's case deemed to have been originally filed in Kansas for all purposes of jurisdiction and venue. For any Plaintiffs named in a Master Complaint that were not previously named in a complaint filed in or transferred to this MDL, the Master Complaint shall be treated as their initial complaint, and those Plaintiffs shall be deemed to have filed suit in the District of Kansas.[3] Nothing in this Order, the filing of a Master Complaint, or any designation therein shall be construed as a ruling on whether personal jurisdiction or venue properly exists as to any Party, and all Parties reserve their respective rights and arguments (under *Lexecon* and otherwise) as to personal jurisdiction and venue. Any responsive pleading filed by Defendants to a Master Complaint shall apply to all constituent case dockets. Amendments to a Master Complaint shall be deemed to automatically apply to the constituent case of any Plaintiff identified in that Master Complaint.

4. **Absence of a Party from Master Complaint(s)**. If a Plaintiff's constituent case names a Defendant that is not named in a Master Complaint, then the absent Defendant shall be deemed to have been voluntarily dismissed from that constituent case without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Parties will address the status of Plaintiffs from an existing constituent case not named in the Master Complaint(s), if any, and their associated member cases, in their forthcoming Rule 26(f) Report.

5. **Motions to Dismiss**. In accordance with ECF No. 171, within ten business days of the filing of the consolidated complaint(s), the Parties will submit a joint proposal to the Court regarding the motion to dismiss briefing structure and applicable page limits. Defendants' motion(s) to dismiss shall be filed by January 22, 2027. Plaintiffs' opposition(s) to those motions

[3] *See, e.g.*, Order Relating to Consolidating Pleadings, *In re: Syngenta AG MIR162 Corn Litig.*, No. 2:14-md-02591, ECF No. 287 (D. Kan. Mar. 10, 2015).

shall be filed by February 19, 2027. Defendants' reply brief(s) shall be filed by March 12, 2027. For the avoidance of doubt, any Defendant wishing to file: (i) a Rule 12(b)(2) or (3) motion in relation to actions directly filed in this District (including those deemed to be filed in this District pursuant to paragraphs 2 and 3) by Plaintiffs named in the Master Complaint; or (ii) a Rule 12(b)(2) motion related to lack of personal jurisdiction of this District for any case transferred to this District, such motion must be brought by January 22, 2027. Notwithstanding the foregoing, Defendants reserve rights to raise challenges to venue or personal jurisdiction as to (i) any complaint filed after January 22, 2027, and (ii) in any transferor court upon remand.

6. **Rule 26(f) Conference and Discovery**. The Parties will meet and confer pursuant to Rule 26(f) by December 2, 2026, and will file a Joint Rule 26(f) Report by December 18, 2026, which will propose a full case schedule and any issues not anticipated to be addressed by the Protective Order (including FRE 502(d) language), ESI Protocol, Expert Stipulation, and Deposition Protocol. The Parties will file the proposed Protective Order and ESI Protocol, or present any remaining disputes on those documents to the Court by January 15, 2027. A proposed deadline for the Parties to file a proposed Expert Stipulation and Deposition Protocol will be included in the Parties' Joint Rule 26(f) Report.

7. **Motion to Stay Discovery**. Any motion to stay discovery, in whole or in part, related to Defendants' anticipated motions to dismiss shall be filed by January 22, 2027.[4] The opposition shall be filed by February 19, 2027, and the reply shall be filed by March 12, 2027. Any deadlines the Parties may have to respond to discovery requests propounded prior to the filing of the motion to stay, or while the motion to stay is pending, will be suspended. Those deadlines

---

[4] The parties suggested different dates or filing matters related to Motions to Dismiss and Motion to Stay Discovery. The Court determined it would be preferable to have those matters briefed simultaneously.

will be reset to thirty (30) days after the discovery stay is lifted or after denial of the motion to stay discovery.

8. **Initial Case Schedule**. The following initial deadlines shall apply:

| Event | Deadline |
|---|---|
| Deadline for Plaintiffs to file Consolidated Class Action Complaint(s) ("CCAC(s)") | **November 13, 2026** |
| Deadline to hold 26(f) Conference | **December 2, 2026** |
| Deadline to file Joint 26(f) Report | **December 18, 2026** |
| Deadline to file the proposed Protective Order (including FRE 502(d) language) and ESI Protocol or Present Remaining Disputes to the Court | **January 15, 2027** |
| Deadline to file Motion to Stay Discovery pending Order on Motion(s) to Dismiss; | **January 22, 2027** |
| Deadline for Defendants to file Motion(s) to Dismiss | **January 22, 2027** |
| Case Management Conference | **January 26, 2027** 9:00 a.m. |
| Deadline to file Opposition to Motion to Stay Discovery pending Order on Motion(s) to Dismiss | **February 19, 2027** |
| Deadline to file Opposition(s) to Motion(s) to Dismiss | **February 19, 2027** |
| Deadline to file Reply in Support of Motion to Stay Discovery pending Order on Motion(s) to Dismiss | **March 12, 2027** |
| Deadline to file Replies in Support of Motion(s) to Dismiss | **March 12, 2027** |

**IT SO ORDERED.**

DATED: November 9, 2026

Wichita, Kansas

Judge Eric F. Melgren
UNITED STATES DISTRICT JUDGE

Magistrate Judge Brooks G. Severson

Dated: November 6, 2026

Respectfully submitted,

*/s/ David Rebein*
David Rebein, KS #10476
Pablo H. Mose, KS #27532
**REBEIN BROTHERS, PA**
1715 Central Ave.
Dodge City, KS 67801
Tel: (620) 227-8126
dave@rbr3.com
pablo@rbr3.com

*Interim Liaison Counsel for Plaintiffs*

*/s/ Patrick J. McGahan*
Patrick J. McGahan (NY #577027)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
156 S. Main Street
P.O. Box 192
Colchester, CT 06415
Tel: (860) 537-5537
Fax: (860) 537-4432
pmcgahan@scott-scott.com

Patrick Coughlin (CA #111070)
Carmen Medici (CA #248417)
Daniel J. Brockwell (CA #335983)
Bridget Fogarty Gramme (CA #231953)
Heidi B. Weaver (CA #204895)
**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
bgramme@scott-scott.com
hweaver@scott-scott.com

Brian M. Hogan (IL #6286419)

*/s/ Patrick J. Stueve*
Patrick J. Stueve, KS # 13847
Steve N. Six, KS # 16151
Caleb Wagner, D. Kan. # 78945
Benjamin J. Stueve, KS # 28515
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Tel: (816) 714-7100
Fax: (816) 714-7101
stueve@stuevesiegel.com
six@stuevesiegel.com
wagner@stuevesiegel.com
ben.stueve@stuevesiegel.com

Rex A. Sharp, KS #12350
Hammons P. Hepner, KS #29138
Isaac L. Diel, KS #14376
Ryan C. Hudson, KS #22986
Jennifer Salva-Cushing, KS #28244
Henry A. Feyh, KS #31178
**SHARP LAW, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
Tel: (913) 901-0505
Fax: (913) 261-7564
rsharp@midwest-law.com
idiel@midwest-law.com
hhepner@midwest-law.com

**SCOTT+SCOTT**
**ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Ave., 24th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax: (212) 223-6334
brian.hogan@scott-scott.com

Stuart A. Davidson FL #84824
Mark J. Dearman FL #982407
Anny Marie Martin FL #1000491
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561) 750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
amartin@rgrdlaw.com

Alexandra S. Bernay CA #211068
Arthur L. Shingler III CA #181719
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: (619) 231-1058
Fax: (619) 231-7423
xanb@rgrdlaw.com
ashingler@rgrdlaw.com

Michael Dell'Angelo (PA Bar No. 80910)
Candice J. Enders (PA Bar No. 92107)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
mdellangelo@bergermontague.com
cenders@bergermontague.com

Daniel C. Hedlund (MN Bar No. 258337)
Michelle J. Looby (MN Bar No. 0388166)
Anthony J. Stauber (MN Bar No. 0401093

Don M. Downing, MO #30405
Gretchen Garrison, MO #33963
Jack A. Downing, MO #70034
Daniel R. Ritter, MO #69298
**GRAY RITTER GRAHAM**
701 Market Street, Suite 800
St. Louis, MO 63101
Tel: (314) 241-5620
Fax: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jdowning@grgpc.com
dritter@grgpc.com

*Interim Co-Lead Counsel for the Indirect Purchaser Class*

**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 So. Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
tstauber@gustafsongluek.com

*Interim Co-Lead Counsel for the Direct Purchaser Class*

*/s/ Mark A. Ford*
Mark A. Ford (MA #659009)
Kristen Parnigoni Ahmed (MA #713624)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000
Mark.Ford@wilmerhale.com
Kristen.Parnigoni@wilmerhale.com

Tranae R. C. Felicien (DC #90015284)
John W. O'Toole (DC #241862)
**WILMER CUTLER PICKERING HALE & DORR LLP**
2100 Pennsylvania Ave., NW
Washington, DC 20037
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Tranae.Felicien@wilmerhale.com
John.O'Toole@wilmerhale.com

Quinn Fulton (CA #359831)
Nana Wilberforce (CA #296436)
**WILMER CUTLER PICKERING HALE & DORR LLP**

*/s/ David C. Kiernan*
David C. Kiernan (CA #215335)
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94194
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
dkiernan@jonesday.com

Eddie Hasdoo (IL #6317518)
Paxton Lozano (IL #6339313)
**JONES DAY**
110 N. Wacker Dr., Suite 4800
Chicago, IL 60606
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
ehasdoo@jonesday.com
plozano@jonesday.com

Tristan L. Duncan (KS #70481)
Michael S. Cargnel (KS #19844)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Blvd.
Kansas City, MO 64108
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
tlduncan@shb.com

350 S. Grand Ave., Suite 2400
Los Angeles, CA 90071
Telephone: (213) 443-5300
Facsimile: (213) 443-5400
Quinn.Fulton@wilmerhale.com
Nana.Wilberforce@wilmerhale.com

Winthrop B. Reed, III (KS #78794)
Oliver H. Thomas (KS #78835)
**LEWIS RICE LLC**
600 Washington Ave., Suite 2500
St. Louis, MO 63101
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
othomas@lewisrice.com
wreed@lewisrice.com

*Attorneys for The Mosaic Company, Mosaic Fertilizer, LLC, Mosaic Global Sales, LLC, and Mosaic Canada Crop Nutrition, LP*

*/s/ Christa C. Cottrell*
Daniel E. Laytin (IL #6257119)
Christa C. Cottrell (IL # 6284749)
Alyssa C. Kalisky (IL #6312479)
Jessica Giulitto (IL # 6323951)
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile:
dlaytin@kirkland.com
christa.cottrell@kirkland.com
alyssa.kalisky@kirkland.com
jessica.giulitto@kirkland.com

James M. Armstrong (KS #09271)
**FOULSTON SIEFKIN LLP**
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206
Tel: (316) 291-9576
jarmstrong@foulston.com

mcargnel@shb.com

*Attorneys for Nutrien Ltd. and Nutrien AG Solutions, Inc.*

*/s/ Heather P. Lamberg*
Heather P. Lamberg
Sara Salem
**FRESHFIELDS US LLP**
700 13th St., 10th Floor
Washington, DC 20005
Telephone: (202) 777-4500
Facsimile: (202) 777-4555
heather.lamberg@freshfields.com
sara.salem@freshfields.com

Eitan Berkowitz (CA #341441)
Manish Kumar (CA #269493)
**FRESHFIELDS US LLP**
One Bush Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 400-2200
tani.berkowitz@freshfields.com
manish.kumar@freshfields.com

*Attorneys for Yara North America, Inc., Yara International ASA, Yara Freeport LLC*

*/s/ Michael D. Bonanno*
Michael D. Bonanno (DC # 998208)
Catie Ventura (DC # 1030062)
**QUINN EMMANUEL URQUHART & SULLIVAN LLP**
555 13th Street NW, Suite 600
Washington, DC 20004
Telephone: (202) 538-8000
Facsimile: (202) 538-8100
mikebonanno@quinnemanuel.com
catieventura@quinnemanuel.com

*Attorney for CF Industries Holdings, Inc., CF Industries, Inc., and CF Industries Nitrogen, LLC*

*/s/ Peter Siachos*
Peter Siachos (NY # 4436168)
Amy Buice (GA # 6323951)
Eric Evans (NJ # 035972006)
**GORDON REES SCULLY MANSUKHANI, LLP**
677 King Street, Suite 450
Charleston, SC 29403
Telephone: (843) 714-2505
Facsimile: (843) 804-4691
psiachos@grsm.com
abuice@grsm.com
eevans@grsm.com

*Attorney for The Fertilizer Institute*

Sean W. Colligan (KS #25727)
**STINSON LLP**
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: (816) 691-3384
Fax: (816) 691-3495
sean.colligan@stinson.com

*Attorneys for Koch Inc., Koch Industries, LLC, Koch Agronomic Services, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer, LLC, Koch Fertilizer Beatrice, LLC, Koch Fertilizer Dodge City, LLC, and Koch Fertilizer Canada, ULC*

*/s/ Charles Critchlow*
Charles Critchlow (NY Bar No. 1350347)
Richard Brosnick (NY Bar No. 2829919)
**AKERMAN LLP**
1251 Avenue of the Americas, 37th Floor
New York, NY 10020
Telephone: (212) 880-3834
Facsimile: (212) 880-8965
charles.critchlow@akerman.com
richard.brosnick@akerman.com

Sara A. Fevurly (KS #27537)
Jeffrey J. Simon (KS #15231)
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
Telephone: (816) 983-8000
Facsimile: (816) 983-8080
Sara.fevurly@huschblackwell.com
Jeffrey.simon@huschblackwell.com

*Attorneys for Canpotex Limited*

*/s/ Michelle A. Mantine*
Michelle A. Mantine
**REED SMITH LLP**
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone: (412) 288-4268
Facsimile: (412) 288-3063

mmantine@reedsmith.com

Kylie B. Mulholland
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 521-5400
Facsimile: (212) 521-5450
kmulholland@reedsmith.com

*Attorney for International Fertilizer Association*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2026, I electronically served the foregoing via email to all counsel of record.

/s/ Patrick J. McGahan
Patrick J. McGahan

manag