**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION,<br><br>This Document Relates To:<br><br>26-cv-01182 | MDL No. 3187<br>Case No. 26-md-3187-EFM-BGS |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF HARVEY J. WOLKOFF**

Please withdraw the appearance of Harvey J. Wolkoff, Esq. of the law firm of Quinn Emanuel Urquhart & Sullivan, LLP on behalf of defendants Koch Fertilizer, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Beatrice, LLC, and Koch Fertilizer Dodge City, LLC (the "Koch Entities") pursuant to D. Kan. 83.5.5(b)[1]. Said parties will continue to be represented by attorneys of record Sean W. Colligan of Stinson LLP, and Michael D. Bonanno and Catie Ventura of Quinn Emanuel Urquhart & Sullivan, LLP. In addition to service of this notice on counsel of record, a copy of this notice has been mailed to, or otherwise served pursuant to Fed. R. Civ. P. 5(b)(2) on the Koch Entities.

Date: November 13, 2026

Respectfully submitted,

*/s/ Harvey J. Wolkoff*

Harvey J. Wolkoff (NH #277128)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
111 Huntington Ave, Suite 520
Boston, MA 02199
Tel: (617) 712-7100

[1] Mr. Wolkoff appeared in the following case before it was transferred to the District of Kansas: *Drohman v. Nutrien AG Solutions, Inc. et al*, No. 1:26-cv-00282-SE-AJ (D.N.H.) (case number assigned in the District of Kansas: No. 26-cv-01182-EFM-BGS).

Fax: (617) 712-7200
harveywolkoff@quinnemanuel.com

*/s/ Sean W. Colligan*

Sean W. Colligan, KS #25727
STINSON LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106
Tel: (816) 691-3384
Fax: (816) 691-3495
sean.colligan@stinson.com

*Attorneys for Koch Fertilizer, LLC, Koch Ag & Energy Solutions, LLC, Koch Fertilizer Wever, LLC, Koch Fertilizer Beatrice, LLC, and Koch Fertilizer Dodge City, LLC*

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED HEREBY CERTIFIES that on November 13, 2026, the foregoing was filed electronically with the Clerk of Court using the CM/ECF system and was thereby served on all counsel of record. The foregoing will also be served on the Koch Entities pursuant to D. Kan. Local Rule 83.5.5(b).

*/s/ Sean W. Colligan*
Sean W. Colligan