**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| IN RE: NITROGEN, PHOSPHORUS, AND POTASSIUM (NPK) FERTILIZER ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL CASES | MDL No. 3187<br><br>Case No. 26-md-3187-EFM-BGS |

**PLAINTIFFS' EMERGENCY UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 6.1, Plaintiffs respectfully request a three-day extension of time, up to and including November 16, 2026,—moving the deadline from a Friday to the following Monday—to file their Consolidated Class Action Complaint, along with a corresponding extension to the briefing deadlines for Defendants' forthcoming Motion(s) to Dismiss and Motion(s) to Stay Discovery. Defendants do not oppose Plaintiffs' request for these extensions. For the reasons set forth below, there is good cause to grant these modest extensions, and Plaintiffs' Unopposed Motion should be granted.

1. Under the Court's Joint Initial Management Order, Plaintiffs' deadline to file one or more consolidated complaints is today, November 13, 2026. ECF No. 182 at 3, ¶ 3. Defendants' deadline to file motions to dismiss and to stay discovery is January 22, 2027. *Id.* at 4, ¶ 5. Plaintiffs' deadline to file oppositions to those motions is February 19, 2027. *Id.* at 4–5, ¶ 5. Defendants' deadline to file replies in support of their motions is March 12, 2027. *Id.* at 5, ¶ 5.

2. On November 12, 2026,—yesterday—Microsoft experienced a worldwide outage on its Outlook email system and related applications, which still have not been fully restored. This caused a sudden and substantial disruption to Plaintiffs' counsel's ability to communicate with

each other and with their clients regarding finalization, review, and approval of Plaintiffs' forthcoming Consolidated Class Action Complaint.[1]

3. Plaintiffs seek a three-day extension for Plaintiffs to file their Consolidated Class Action Complaint.

4. Interim Co-Lead Counsel for Plaintiffs have conferred with counsel for Defendants, who confirmed they do not oppose the requested extension.

5. This is the first extension Plaintiffs have sought for filing their Consolidated Class Action Complaint or for the briefing deadlines related to Defendants' forthcoming Motions to Dismiss and to Stay Discovery.

6. Plaintiffs respectfully request a 3-day extension, up to and including November 16, 2026, to file their Consolidated Class Action Complaint and corresponding three-day extensions for the briefing on Defendants' forthcoming Motions to Dismiss and to Stay Discovery.

7. The requested extensions are summarized in the following table. These extensions move the corresponding deadlines from a Friday to a Monday:

| **Event** | **Current Deadline** | **Requested Extended Deadline** |
|---|---|---|
| Plaintiffs file Consolidated Class Action Complaint | November 13, 2026 | November 16, 2026 |
| Defendants file Motions to Dismiss and to Stay Discovery | January 22, 2027 | January 25, 2027 |
| Plaintiffs file Oppositions to Motions to Dismiss and to Stay Discovery | February 19, 2027 | February 22, 2027 |
| Defendants file Replies in support of Motions to Dismiss and to Stay Discovery | March 12, 2027 | March 15, 2027 |

[1] Plaintiffs acknowledge that Local Rule 6.1(a) requires motions for extension of time to be filed no less than 3 days before the deadline sought to be extended. However, due to the timing of the Microsoft outage, the modest length of the requested extension, the fact that it is unopposed, and the importance of the filing, Plaintiffs respectfully request that the Court grant the extension despite being requested fewer than three days before the operative deadline of November 13, 2026.

8. There is good cause for the requested extensions. Defendants do not oppose them. No party will be prejudiced by the requested extensions, which will not affect the other deadlines in the case.

Accordingly, Plaintiffs Emergency Unopposed Motion for Extension of Time should be granted and the deadlines should be extended as set forth in the table above.[2]

Dated: November 13, 2026 Respectfully submitted,


| | |
|---|---|
| | /s/ *David Rebein*<br>David Rebein, KS #10476<br>Pablo H. Mose, KS #27532<br>**REBEIN BROTHERS, PA**<br>1715 Central Ave.<br>Dodge City, KS 67801<br>Tel: (620) 227-8126<br>dave@rbr3.com<br>pablo@rbr3.com<br><br>*Liaison Counsel for Plaintiffs* |
| /s/ *Patrick McGahan*<br>Patrick McGahan (NY #577027)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP**<br>156 S Main Street<br>P.O. Box 192<br>Colchester, CT 06415<br>Tel: (860) 537-5537<br>Fax: (860) 537-4432<br>pmcgahan@scott-scott.com<br><br>Patrick Coughlin (CA #111070)<br>Carmen Medici (CA #248417)<br>Daniel J. Brockwell (CA #335983)<br>Bridget F. Gramme (CA #231953)<br>Heidi B. Weaver (CA #204895)<br>**SCOTT+SCOTT ATTORNEYS AT LAW LLP** | /s/ *Patrick J. Stueve*<br>Patrick J. Stueve, KS #13847<br>Steve N. Six, KS #16151<br>Bradley T. Wilders, D. Kan #78301<br>Caleb Wagner, D. Kan. #78945<br>Benjamin J. Stueve, KS #28515<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, Missouri 64112<br>Telephone: (816) 714-7100<br>Facsimile: (816) 714-7101<br>stueve@stuevesiegel.com<br>six@stuevesiegel.com<br>wilders@stuevesiegel.com<br>wagner@stuevesiegel.com<br>ben.stueve@stuevesiegel.com<br><br>/s/ *Rex A. Sharp* |


[2] Plaintiffs have prepared a Proposed Order that they are simultaneously submitting to Judge Melgren's chambers via email, copying all counsel.

600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 233-4565
Fax: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
dbrockwell@scott-scott.com
bgramme@scott-scott.com
hweaver@scott-scott.com

Brian M. Hogan (IL #6286419)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
230 Park Ave., 24th Floor
New York, NY 10169
Tel: (212) 223-6444
Fax : (212) 223-6334
brian.hogan@scott-scott.com

/s/ *Stuart A. Davidson*
Stuart A. Davidson (FL #84824)
Mark J. Dearman (FL #982407)
Anny Marie Martin (FL #1000491)
**ROBBINS GELLER RUDMAN & DOWD LLP**
225 NE Mizner Boulevard, Suite 720
Boca Raton, FL 33432
Telephone: (561) 750-3000
Facsimile: (561) 750-3364
sdavidson@rgrdlaw.com
mdearman@rgrdlaw.com
amartin@rgrdlaw.com

Alexandra S. Bernay (CA #211068)
Arthur L. Shingler III (CA #181719)
**ROBBINS GELLER RUDMAN & DOWD LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile: (619) 231-7423
xanb@rgrdlaw.com
ashingler@rgrdlaw.com

/s/ *Michelle J. Looby*
Daniel C. Hedlund (MN Bar No. 258337)

Rex A. Sharp, KS #12350
Hammons P. Hepner, KS #29138
Isaac L. Diel, KS #14376
**SHARP LAW, LLP**
4820 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
(913) 261-7564 Fax
rsharp@midwest-law.com
hhepner@midwest-law.com
idiel@midwest-law.com

/s/ *Don M. Downing*
Don M. Downing, MO #30405
Gretchen Garrison, MO #33963
Jack A. Downing, MO #70034
Daniel R. Ritter. MO #69298
**GRAY RITTER GRAHAM**
701 Market Street, Suite 800
St. Louis, MO 63101
Telephone: (314) 241-5620
Facsimile: (314) 241-4140
ddowning@grgpc.com
ggarrison@grgpc.com
jdowning@grgpc.com
dritter@grgpc.com

*Interim Co-Lead Class Counsel for Indirect Purchaser Plaintiffs*

| | |
|---|---|
| Michelle J. Looby (MN Bar No. 0388166)<br>Anthony J. Stauber (MN Bar No. 0401093)<br>**GUSTAFSON GLUEK PLLC**<br>Canadian Pacific Plaza<br>120 So. Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Tel: (612) 333-8844<br>Fax: (612) 339-6622<br>dhedlund@gustafsongluek.com<br>mlooby@gustafsongluek.com<br>tstauber@gustafsongluek.com<br><br>/s/ *Michael Dell-Agnelo*<br>Michael Dell'Angelo (PA Bar No. 80910)<br>Candice J. Enders (PA Bar No. 92107)<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>Facsimile: (215) 875-4604<br>mdellangelo@bergermontague.com<br>cenders@bergermontague.com<br><br>*Interim Co-Lead Class Counsel for Direct Purchaser Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, I electronically served the foregoing via email to all counsel of record.

/s/ *David Rebein*
David Rebein